UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22149-CV-WILLIAMS

DENARII SYSTEMS, LLC,

    Plaintiff,

vs.

JUAN CARLOS TELLEZ, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the parties' Joint Motion to Approve Mediated Settlement (DE 100). Upon review of the record and the motion, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) The parties' settlement agreement (DE 100-1) is **APPROVED**. The Court will enter the stipulated permanent injunction separately.

(2) This action is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own attorneys' fees and costs. The Court shall retain jurisdiction to enforce the terms of the parties' agreement.

(3) The Clerk is directed to **CLOSE** this case for administrative purposes. Any and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 20th day of March, 2012.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record